IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

Terry Manufacturing Co., Inc.
Debtor

Case No. 03-32063-WRS

Terry Uniform Co., LLC.
Debtor

Case No. 03-32213-WRS

J. Lester Alexander, III, Trustee of
Terry Manufacturing Co., Inc. And
Terry Uniform Co., LLC
v.
N.D. Horton and James M. Reynolds, III

Adv. Proc. 05-03042-WRS

*RECEIVED*
2006 AUG 18 P 3: 15
C. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**           August 18, 2006

**Notice of Appeal Filed:**              July 26, 2006

**Contents of Record:**
Designated Items of Appellant(s):        August 7, 2006
Designated Items of Appellee:            August 11, 2006
Amended Designated Items of Appellee:    August 18, 2006

**Remarks:**
Filing Fee Paid                          July 26, 2006   ($255.00)
Transcripts received:                    April 19, 2006

PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET

FROM: /s/ Richard S. Oda, Clerk
      United States Bankruptcy Court

      Dianne M. Segrest
      Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRY MANUFACTURING ) | CASE NO. 03-32063-WRS |
| COMPANY, INC., ) | |
| ) | CHAPTER 7 |
| Debtor ) | |
| ) | |

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRY UNIFORM ) | CASE NO. 03-32213-WRS |
| COMPANY, LLC, ) | |
| ) | |
| Debtor ) | |

| | |
|---|---|
| J. LESTER ALEXANDER, III, ) | |
| TRUSTEE OF TERRY ) | |
| MANUFACTURING COMPANY, ) | ADVERSARY PROCEEDING NO.: |
| INC, AND TERRY UNIFORM ) | 05-03042 |
| COMPANY, LLC ) | |
| ) | |
| VERSUS ) | |
| ) | |
| N.D. HORTON AND JAMES M. ) | |
| REYNOLDS, III ) | |

## NOTICE OF APPEAL

N. D. Horton, Jr., and James M. Reynolds, III, defendants in the referenced adversary proceeding, appeal under 28 U.S.C. § 158(a) from the Order Denying Motion to Alter or Amend Filed by the Defendants entered by this Court on July 17, 2006, and from the Judgment rendered by this Court in favor of Plaintiff and against Defendants on May 30, 2006.

Doc # 104

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

J. Lester Alexander, III
Trustee of Terry Manufacturing Company, Inc.
and Terry Uniform Company, LLC
Represented by:
Brent B. Barriere
Catherine E. Laskey
Phelps Dunbar LLP
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802-5707
(504) 566-1311

N.D. Horton, Jr.
James M. Reynolds, III
Represented by:
C. Ellis Brazeal
Walston, Wells, & Birchall LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203
(205) 244-5237

Dated: July 26, 2006

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorney for N.D. Horton, Jr., and
James M. Reynolds, III

**OF COUNSEL:**

WALSTON, WELLS & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone:   (205) 244-5237
Telecopier:   (205) 244-5437

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has been served via electronic filing purposes and/or by placing same in the United States mail, properly addressed and postage prepaid, as follows:

Brent B. Barriere
Phelps Dunbar LLP
City Plaza
445 North Boulevard
Suite 701
Baton Rouge, LA 70802-5707

This the \26th\ day of July, 2006.

\s\ C. Ellis Brazeal III
OF COUNSEL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                                 Case No. 03-32063-WRS

TERRY MANUFACTURING
COMPANY INC.,

    Debtor.


J. LESTER ALEXANDER III, TRUSTEE

    Plaintiff,                                                      Adv. Pro. No. 05-3042-WRS

v.

N.D. HORTON, JR., AND
JAMES M. REYNOLDS, III

    Defendants.


## **JUDGMENT**

For the reasons set forth in the Court's Memorandum Decision of this date, the Court finds in favor of the Plaintiff and against Defendants N.D. Horton, Jr., and James M. Reynolds, III, in the amount of $596,738.60.

Done this 30th day of May, 2006.


                                         /s/ William R. Sawyer
                                    United States Bankruptcy Judge

c: Brent B. Barriere,
   Catherine E. Lasky, Attorneys for Plaintiff
   C. Ellis Brazeal, III, Attorney for Defendants

Case 2:06-cv-00746-WHA     Document 1-3     Filed 08/18/2006     Page 2 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                            Case No. 03-32063-WRS
                                                                 Chapter 7
TERRY MANUFACTURING
COMPANY INC.,

      Debtor

J. LESTER ALEXANDER III, TRUSTEE,

      Plaintiff                                        Adv. Pro. No. 05-3042-WRS

  v.

N. D. HORTON JR.,

      Defendant

**ORDER DENYING MOTION TO ALTER OR AMEND FILED
BY THE DEFENDANTS AND GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S MOTION TO ALTER AND AMEND**

      This Adversary Proceeding came before the Court for a telephonic hearing on July 11, 2006, upon the Motion to Alter and Amend filed by Defendants N.D. Horton, Jr., and James M. Reynolds, III, (Doc. 91); and upon the Motion to Alter and Amend filed by Plaintiff J. Lester Alexander, III. (Doc. 90). The Plaintiff was present by counsel Brent B. Barriere and the Defendants were present by counsel C. Ellis Brazeal, III. The Court would note that these matters first came on for hearing on June 27, 2006. These motions have been briefed. (Doc. 99, 100).

      For the reasons set forth on the record, both on June 27, 2006, and on July 11, 2006, the Motion to Alter and Amend filed by the Defendants is DENIED.

For the reasons set forth on the record, both on June 27, 2006, and on July 11, 2006, the Motion to Alter and Amend filed by the Plaintiff is GRANTED insofar as the Plaintiff contends that he is entitled to costs. The motion is DENIED insofar as the Plaintiff seeks an award of prejudgment interest.

Done this 17th day of July, 2006.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Brent B. Barriere, Attorney for Plaintiff
   C. Ellis Brazeal III, Attorney for Defendant