IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

TERRY MANUFACTURING CO., INC.  Case No. 03-32063-WRS
TERRY UNIFORM COMPANY, LLC     Case No. 03-32213-WRS
    Debtors


J. LESTER ALEXANDER, III, TRUSTEE
    Plaintiffs
vs.                                                    Adv. Pro. 05-03042-WRS

N.D. HORTON, JR., AND JAMES M. REYNOLDS, III
    Defendants

## CLERK'S CERTIFICATE

I do hereby certify that the documents herein comprise the items in the **amended** designation of contents filed on August 25, 2006, in the above referenced case.

In witness Whereof, I have hereunto subscribe my name and affixed the seal of said court at Montgomery in said district on this day of August 29, 2006.

                              RICHARD S. ODA, CLERK
                              UNITED STATES BANKRUPTCY COURT

                              Dianne M. Segrest
                              **Deputy Clerk**