UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY MANUFACTURING | ) | CASE NO. 03-32063-WRS |
| COMPANY, INC. | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | | |
| IN RE: | ) | |
| | ) | CASE NO. 03-32213-WRS |
| TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | | |
| | ) | |
| J. LESTER ALEXANDER, III, | ) | |
| TRUSTEE OF TERRY | ) | |
| MANUFACTURING COMPANY, INC. | ) | |
| AND TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CIVIL ACTION NO. |
| Appellee, | ) | |
| | ) | 2:06-CV-0746 |
| VERSUS | ) | |
| | ) | |
| N.D. HORTON, JR. AND JAMES M. | ) | |
| REYNOLDS, | ) | |
| Appellants. | ) | |

**Appeal from the United States Bankruptcy Court for the Middle District of Alabama
Adversary Proceeding No.: 05-03042**

<u>NOTICE OF SUBMISSION OF AMENDED TABLE OF CONTENTS</u>

NOW INTO COURT, through undersigned counsel, comes Appellee J. Lester Alexander, III, Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC, who respectfully submits an amended table of contents to the Brief of Appellee, attached hereto as Exhibit "A."

NO.99637663.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: /s/ Catherine E. Lasky
Brent B. Barriere, T.A. (La. Bar No. 2818)
Catherine E. Lasky (La. Bar No. 28652)
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR J. LESTER ALEXANDER, III, TRUSTEE FOR TERRY MANUFACTURING COMPANY, INC. AND TERRY UNIFORM COMPANY, LLC**

## CERTIFICATE OF SERVICE

I certify that, on this 29th day of September, 2006, by United States mail, properly addressed and postage pre-paid to the following persons:

C. Ellis Brazeal
Walston Wells & Birchall, LLP
One Federal Place
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203-2122

/s/ Catherine E. Lasky

-1-

NO.99637663.1

# TABLE OF CONTENTS

Table of Authorities..................................................................................................ii

Statement of Jurisdiction...........................................................................................1

Statement of Issue Presented and Applicable Standard of Review...........................1

Statement of the Issues..............................................................................................2

Statement of the Case................................................................................................3

Summary of Argument............................................................................................11

    1. The Bankruptcy Court's well-supported conclusion that Terry Manufacturing did not receive reasonably equivalent value for its payment on its insiders' notes is not clearly erroneous...................................................................................12

    2. Guarantees received by the Defendants were themselves fraudulent conveyances and satisfaction of those guarantees cannot provide reasonably equivalent value.........19

    3. The Bankruptcy Court properly rejected Defendants' novel theory that the payments they received are insulated because they gave value to the Terry family members........................................................................................................19

    4. The Bankruptcy Court did not abuse its considerable discretion in rejecting Defendants' alter ego theory which was first raised in a post-judgment motion.........23

Conclusion...............................................................................................................25

Certificate of Service...............................................................................................26

NO.99631304.1