IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N. D. HORTON, JR., et al., | ) |
| | ) |
| Appellants. | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv746-WHA |
| | ) |
| J. LESTER ALEXANDER, III, | ) |
| | ) |
| Appellee. | ) |

**ORDER**

This case is hereby set for oral argument on the appeal from the United States Bankruptcy Court for the Middle District of Alabama on Wednesday, November 15, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 4th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE