IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | |
|---|---|---|
| DATE COMMENCED: November 15, 2006 | AT: | 10:55 a.m. |
| DATE COMPLETED: November 15, 2006 | AT: | 12:00 noon |

N. D. HORTON, et al.,                )
                                     )
vs.                                  )   Case No. 2:06cv746-WHA
                                     )
J. LESTER ALEXANDER, III,            )

APPEARANCES:

| PLAINTIFF | DEFENDANT |
|---|---|
| C. Ellis Brazeal | Brent B. Barriere |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Elna Behrman, Courtroom Deputy |
| Daniel Harrell, Law Clerk | |

COURTROOM PROCEEDINGS

(x)   **ORAL ARGUMENT**

Hearing commences.
Court admonishes Mr. Brazeal for being late and cautions him to be more careful.
Court tells attorneys what he is seeking from the oral argument.
Appellant argues.
Appellee argues.
Appellant responds.
Court asks attorneys their opinion of his certifying this to the Alabama Supreme Court.
Court will take this under submission and will either certify to the Alabama Supreme Court
         or make a ruling as quickly as possible.
Court is adjourned.