## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE:                              ) | |
|                                     ) | CASE NO.  03-32063-WRS |
| TERRY MANUFACTURING                 ) | |
|     COMPANY, INC.                   ) | CHAPTER 7 |
|                                     ) | |
|     Debtor                          ) | |

| | |
|---|---|
| IN RE:                              ) | |
|                                     ) | CASE NO.  03-32213-WRS |
| TERRY UNIFORM                       ) | |
|     COMPANY, LLC,                   ) | CHAPTER 7 |
|                                     ) | |
|     Debtor.                         ) | |

| | |
|---|---|
| J. LESTER ALEXANDER, III,           ) | |
| TRUSTEE OF TERRY                    ) | |
| MANUFACTURING COMPANY, INC.         ) | |
| AND TERRY UNIFORM                   ) | |
| COMPANY, LLC,                       ) | CIVIL ACTION NO. |
|     Appellee,                       ) | |
|                                     ) | 2:06-CV-0746 |
|                                     ) | |
| VERSUS                              ) | |
|                                     ) | |
| N.D. HORTON, JR. AND JAMES M.       ) | |
| REYNOLDS,                           ) | |
|     Appellants.                     ) | |

## MOTION FOR LEAVE TO FILE POST-HEARING MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes J. Lester Alexander, III, the

Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC and the

Plaintiff-Appellee herein, and respectfully requests that he be granted leave to file the attached

post-hearing memorandum addressing the limited issue of whether the defense asserted by

Defendant-Appellants pursuant to § 8-9A-8(d) of the Alabama Fraudulent Transfer Act is

dispositive of the captioned appeal and fatal to the Plaintiff-Appellee's judgment. As more fully

NO.99743001.1

# MOTION GRANTED

SO ORDERED

THIS _7th_ DAY OF _December_, 20 _06_

_[signature]_

UNITED STATES DISTRICT JUDGE