IN THE SUPREME COURT OF ALABAMA

| | |
|---|---|
| N.D. HORTON, JR. and JAMES M. REYNOLDS, ) ) ) Appellants, ) ) vs. ) ) J. LESTER ALEXANDER, III, ) TRUSTEE OF TERRY ) MANUFACTURING COMPANY, INC., ) ) Appellee. ) | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION<br><br>CIVIL ACTION NO. 2:06cv746-WHA<br><br>DEC 1 8 2006<br>CLERK<br>SUPREME COURT OF ALABAMA |

CERTIFIED QUESTION OF LAW

Pursuant to Alabama Rule of Appellate Procedure 18, the United States District Court for the Middle District of Alabama requests the Supreme Court of Alabama to answer a question of state law which is deemed determinative of claims in an action before said federal court and to which there is no controlling precedent.

The facts showing the nature of the cause and the circumstances out of which the question of law arises are set out and discussed in the Memorandum Opinion and Order entered this day, a copy of which is attached to this Certificate.

The question of law to be answered is as follows:

Interpreting Ala. Code § 8-9A-8(d), does "or to another person" refer to value given by a good-faith transferee to any other person, without qualification or exception, as a consequence of the debtor's transfer, or is it limited to being a codification of the "indirect benefit" rule allowing protection where value given to a person other than the debtor indirectly benefits the debtor, or should it be interpreted in some other way?

This statement of this question is not designed to limit the inquiry of the Supreme Court of Alabama, or in any way restrict the Court's consideration of the problems involved and the issues as it perceives them to be in its analysis of the record in this case.

This Certificate has been prepared by said federal court.

Done this 18th day of December, 2006.

*Debra P. Hackett*
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Frank M. Johnson, Jr. United States Courthouse Complex
One Church Street
Montgomery, Alabama 36104

OFFICIAL SEAL