# IN THE SUPREME COURT OF ALABAMA



July 31, 2007

1060445

N.D. Horton, Jr., and James M. Reynolds v. J. Lester Alexander, III, trustee of Terry Manufacturing Company, Inc. (Certified Question from the U.S. Dist. Ct., Mid. Dist. Al., No. Div.: 2:06cv746-WHA (United States Bankruptcy Court, Middle District of Alabama: 05-03042-WRS))).

## CERTIFICATE OF JUDGMENT

WHEREAS, the certified question in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on July 13th 2007:

**Certified Question Answered.**
LYONS, J. - Cobb, C.J., and See, Woodall, Stuart, Smith, Bolin, Parker, and Murdock, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date.

I, Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 31st day of July, 2007.

Clerk, Supreme Court of Alabama